MORRIS FEINSOT et al., Respondents, *v.* MAURICE J. BURSTEIN, Appellant.

*Feinsot* v. *Burstein*, 161 App. Div. 651, affirmed.
(Argued January 4, 1915; decided January 19, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1914, which affirmed an order of the Appellate Term affirming an order of the City Court of the city of New York setting aside a verdict in favor of plaintiff and dismissing the complaint in an action to recover upon a contract of guaranty.

*Charles Goldzier, Louis J. Vorhaus, Gerald B. Rosenheim* and *Charles Burstein* for appellant.

*Herman B. Goodstein* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ.    Dissenting: WILLARD BARTLETT, Ch. J., and CHASE, J.